

The following constitutes the order of the court.
Signed March 19, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | |
| | No. 11-72460 |
| Hermogenes Estacio Mopera, | |
| Lorina Vellido Mopera, | Chapter 13 |
| Debtors. | |

**MEMO REGARDING DEBTORS' LETTER TO THE COURT**

Hermogenes Estacio Mopera and Lorina Vellido ("Debtors") filed a Chapter 13 petition on November 29, 2011 (Doc. 1). An order confirming Debtors' Chapter 13 Plan was entered on March 12, 2012 (Doc. 58). An order modifying Debtors' Chapter 13 Plan was entered on December 6, 2012 (Doc. 95). On May 28, 2013, Debtors filed a Motion to Approve Debtors' Loan Modification Agreement with Bank of America (Doc. 97). The court granted Debtors' Motion on July 1, 2013 (Doc. 102). On August 9, 2013, Bank of America, N.A., transferred its claim, which is secured by a

1

senior Deed of Trust, to Nationstar Mortgage, LLC (Doc. 105).

On March 3, 2015, Debtors sent a letter to the court with various documents attached (Doc. 115). Debtors' letter to the court expresses concern that Debtors' have paid approximately $70,000 through the Chapter 13 Plan on account of arrears on the secured note currently held by Nationstar Mortgage, arrears which Debtors assert were either forgiven or consolidated into a reduced principal amount by a loan modification agreement entered with Bank of America. Debtors request "clarification of payments towards arrearages" in light of the loan modification agreement and subsequent transfer of the claim from Bank of America to Nationstar Mortgage. While Debtors' concern over the accounting of payments made through the Chapter 13 Plan to Bank of America and Nationstar Mortgage is evident, Debtors have not framed their inquiry in the form of a motion and have not requested any specific relief from the court. As a result, the court cannot take any action on Debtors' letter or the issues highlighted in the letter.

If Debtors' would like the court to respond to their concerns, they should file a motion with the court requesting relief and stating the basis for the relief requested. The court notes that Debtors continue to be represented in the chapter 13 case by Anne-Leith Matlock of the Matlock Law Group. Debtors should discuss the issues presented in the letter with their attorney and seek their attorney's advice about the appropriate action to take to

| | |
|---|---|
| 1 | address the issues.  The court recognizes the intimations |
| 2 | contained in the letter and attached documents that Debtors |
| 3 | have experienced difficulties in discussing their concerns |
| 4 | with their attorney.  If the difficulties persist, Debtors' |
| 5 | may explore filing a motion or other request for relief on |
| 6 | their own behalf or seek another representative to take |
| 7 | action to address their concerns. |

**\*\*End of Memorandum\*\***

**COURT SERVICE LIST**

Hermogenes Estacio Mopera
Lorina Vellido Mopera
4024 Sheffield Dr
Antioch, CA 94531

Anne-Leith Matlock
Matlock Law Group, P.C.
1485 Treat Blvd. #200
Walnut Creek, CA 94597

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566

Office of the U.S. Trustee/Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

Nationstar Mortgage, LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
P.O. Box 630267
Irving, TX 75063

Bank of America
100 North Tryon St.
Charlotte, NC 28202

Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355